UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-81684-MARRA/MATTHEWMAN

HOWARD COHAN,

    Plaintiff,

vs.

WEST ATLANTIC COMMERCIAL PROPERTIES, LTD.,
d/b/a THE BIG APPLE SHOPPING BAZAAR,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANT, WEST ATLANTIC COMMERCIAL PROPERTIES, LTD. d/b/a THE BIG APPLE SHOPPING BAZAAR

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendant, WEST ATLANTIC COMMERCIAL PROPERTIES, LTD. d/b/a THE BIG APPLE SHOPPING BAZAAR ("Motion"). The Court having reviewed the Motion, and being otherwise fully apprised of the matter before it, hereby grants Plaintiff's Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion is hereby granted.

2.     A Final Default Judgment will be entered in accordance with Plaintiff's Motion.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 19th day of December ~~November~~, 2016.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record